IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| CHRISTY ANNA ALLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00636-SHM |
| | ) | |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE, et al. | ) | |
| | ) | |
| Defendants. | | |

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS FOR FAILURE TO STATE A CLAIM AS MOOT**

This is an employment discrimination and retaliation case. On June 21, 2023, Christy Anna Allan sued Glenn Baletto, Stephanie Chatman, Joseph Day, Richard Rooker, and the Metropolitan Government of Nashville and Davidson County, Tennessee ("Defendants"). (ECF No. 1.) Plaintiff accuses Defendants of abridging her First Amendment right to exercise political speech, in violation of 42 U.S.C. § 1983 ("Count One"); conspiring to violate her constitutional rights, in violation of 42 U.S.C. § 1985 ("Count Two"); gender discrimination, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e ("Count Three"); sexual harassment, in violation of Title VII ("Count Four"); and age discrimination, in violation of the Age Discrimination in

Employment Act ("ADEA"), 29 U.S.C. § 623 ("Count Five"). (Id. at 13-25.)

Before the Court are Baletto's August 31, 2023 Motion to Dismiss for Failure to State a Claim and Chatman's August 31, 2023 Motion to Dismiss for Failure to State a Claim (the "Motions"). (ECF Nos. 15, 17.) After Defendants filed their Motions, Plaintiff filed a Motion to Amend her Complaint, which the Court granted on December 6, 2023. (ECF Nos. 22, 26, 27.)

Because Baletto and Chatman's Motions address Allan's original complaint, which is no longer the operative pleading, they are DENIED AS MOOT. This order is without prejudice to Baletto and Chatman's ability to file new motions to dismiss addressing Allan's amended complaint.

So ordered this 28th day of December, 2023.

>                    /s/ Samuel H. Mays, Jr.
>                    SAMUEL H. MAYS, JR.
>                    UNITED STATES DISTRICT JUDGE