```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION
```

| | | |
|---|---|---|
| CHRISTY ALLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00636-SHM |
| | ) | |
| | ) | JURY DEMAND |
| THE METROPOLITAN GOVERNMENT | ) | |
| OF NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed on April 10, 2025.

## APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___April_10__, 2025_____          WENDY R. OLIVER
DATE                                  CLERK

                                      _/s/  Jairo Mendez_____
                                      (By) DEPUTY CLERK